**No. 10-7797. Jesse Ray Anderson, Petitioner v. Sam Cline, Warden, et al.**

562 U.S. 1227, 131 S. Ct. 1484, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1451, ■

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 397 Fed. Appx. 463.

**No. 10-7799. Eugene Cooper, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.**

562 U.S. 1227, 131 S. Ct. 1484, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1482.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7802. Oscar Lenton, Petitioner v. Ernie Stoll, et al.**

562 U.S. 1227, 131 S. Ct. 1484, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1436.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7805. Anthony Romes, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1227, 131 S. Ct. 1489, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1391.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7808. Wilbert Bruce White, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1227, 131 S. Ct. 1485, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1361.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7809. David Steven Lankford, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1227, 131 S. Ct. 1489, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1430.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7812. Oscar Mercado, Petitioner v. New York.**

562 U.S. 1227, 131 S. Ct. 1485, 179 L. Ed. 2d 319, 2011 U.S. LEXIS 1465.

February 22, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 74 App. Div. 3d 990, 904 N.Y.S.2d 451.